UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IRMON C. WILLIAMS,

                Plaintiff,           Case No. 2:08-cv-285
                                          HON. R. ALLAN EDGAR

v.

JENNIFER GRANHOLM, et al.,

                Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 25, 2014, Magistrate Judge Timothy P. Greeley recommended that Plaintiff's case be dismissed for failure to prosecute. (Docket #107.)  Plaintiff has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated April 25, 2014 (Docket #107) is **APPROVED AND ADOPTED** as the Opinion of this Court.

        **IT IS ORDERED** that the Plaintiff's case is **DISMISSED** for failure to prosecute.

        A judgment consistent with this Order will be entered.

        **SO ORDERED.**


Dated: _____8/7/2014_____       _____*/s/ R. Allan Edgar*_____
                                            R. Allan Edgar
                                          United States District Court Judge